IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**CHENZHI CORPORATION d/b/a IVIEW,**<br><br>   Defendant. | **CIVIL ACTION NO 2:16-cv-882 (consolidated for Pre-Trial)**<br><br>**JURY TRIAL DEMANDED** |
| **CODEC TECHNOLOGIES LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**LENOVO (UNITED STATES) INC.,**<br><br>   Defendant. | **CIVIL ACTION NO 2:16-cv-878**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AS BETWEEN CODEC TECHNOLOGIES, LLC AND LENOVO (UNITED STATES) INC. (2:16-cv-878) AND NOTICE OF SETTLEMENT**

     Plaintiff Pherah LLC and Defendant Lenovo (United States) Inc. (jointly, the "Parties") submit this Joint Motion to Stay all Deadlines and Notice of Settlement and inform the Court that all matters in controversy between the Parties have been settled, in principle, and respectfully request the Court to stay all unreached deadlines as between Pherah LLC and Lenovo (United

States) Inc. (2:16-cv-878) until November 7, 2016, so that they may document the agreement and submit appropriate dismissal papers.

                                                         Respectfully Submitted,

                                                         */s/ Papool S. Chaudhari*

Dated:  October 7, 2016         By: _____
                                                         Papool S. Chaudhari
                                                         Texas State Bar No. 24076978
                                                         Chaudhari Law, PLLC
                                                         P.O. Box 1863
                                                         Wylie, Texas 75098
                                                         Phone: (214) 702-1150
                                                         Fax: (214) 705-3775
                                                         Papool@ChaudhariLaw.com

                                                         **ATTORNEY FOR PLAINTIFF**
                                                         **PHERAH LLC**

                                                         <u>/s/Brian Craft with permission by Papool S. Chaudhari</u>
                                                         Brian Craft
                                                         State Bar No. 04972020
                                                         Eric H. Findlay
                                                         State Bar No. 00789886
                                                         FINDLAY CRAFT, P.C.
                                                         102 N. College Avenue
                                                         Suite 900
                                                         Tyler, TX 75702
                                                         903-534-1100
                                                         903-534-1137 – Fax
                                                         efindlay@findlaycraft.com
                                                         bcraft@findlaycraft.com

                                                         ATTORNEYS FOR DEFENDANT
                                                         LENOVO (UNITED STATES) INC.

**CERTIFICATE OF SERVICE**

[3]

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(b).  As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via e-mail this 7th day of October, 2016.

*/s/ Papool S. Chaudhari*

Papool S. Chaudhari