**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,** | |
| Plaintiff, | **CIVIL ACTION NO 2:16-cv-882** |
| **v.** | **(consolidated for Pre-Trial)** |
| **CHENZHI CORPORATION d/b/a IVIEW,** | |
| Defendant. | |

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,** | |
| Plaintiff, | |
| **v.** | **CIVIL ACTION NO 2:16-cv-878** |
| **LENOVO (UNITED STATES) INC.,** | |
| Defendant. | |

## ORDER

Before the Court is Plaintiff Pherah LLC and Defendant Lenovo (United States) Inc.'s Joint Motion to Stay all Deadlines and Notice of Settlement.  The Court, being well-advised, finds that the Motion should be GRANTED.  It is therefore ORDERED that all unreached deadlines as between Pherah LLC and Lenovo (United States) Inc. (2:16-cv-878) be stayed until November 7, 2016, so that they may document the agreement and submit appropriate dismissal papers. If the parties do not file dismissal papers by November 2, 2016, counsel for the parties should appear before the Court for a status conference on November 8, 2016 at 9:00 a.m.

**SIGNED this 12th day of October, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE