IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**CHENZHI CORPORATION d/b/a IVIEW,**<br><br>  Defendant. | **CIVIL ACTION NO 2:16-cv-882 (consolidated for Pre-Trial)** |

### ORDER

Before the Court is Plaintiff Codec Technologies LLC and Defendant Chenzhi Corporation d/b/a iview's Joint Motion to Stay all Deadlines and Notice of Settlement.  The Court, being well-advised, finds that the Motion should be GRANTED.  It is therefore ORDERED that all unreached deadlines as between Codec Technologies LLC and Chenzhi Corporation d/b/a iview be stayed until November 14, 2016, so that they may document the agreement and submit appropriate dismissal papers. If the parties do not file dismissal papers or a Joint Motion to Dismiss by November 14, 2016, counsel for the parties should appear before the Court for a  status conference on November 15, 2016 at 9:00 a.m.

**SIGNED this 17th day of October, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE