**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CHENZHI CORPORATION d/b/a IVIEW,**<br><br>    Defendant. | **CIVIL ACTION NO 2:16-cv-882**<br><br>**(consolidated for Pre-Trial)** |
| **CODEC TECHNOLOGIES LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ANTM USA INC.;**<br>**TMAX DIGITAL, INC. D/B/A NUVISION,**<br><br>    Defendants. | **CIVIL ACTION NO 2:16-cv-883-JRG-RSP** |

**ORDER**

Before the Court is Plaintiff Codec Technologies LLC and TMAX Digital, Inc. d/b/a NuVision's Joint Motion to Stay all Deadlines and Notice of Settlement.  The Court, being well-advised, finds that the Motion should be GRANTED.  It is therefore ORDERED that all unreached deadlines as between Codec Technologies LLC and TMAX Digital, Inc. d/b/a NuVision be stayed until November 18, 2016, so that they may document the agreement and submit appropriate dismissal papers. If the parties do not file dismissal papers or a Joint Motion to Dimiss by November 18, 2016, then counsel for the parties should appear before the Court for a status conference on November 21, 2016 at 9:00 a.m.

**SIGNED this 23rd day of October, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE