IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CHENZHI CORPORATION d/b/a IVIEW,**<br><br>    Defendant. | **CIVIL ACTION NO 2:16-cv-882**<br>**(consolidated for Pre-Trial)** |
| **CODEC TECHNOLOGIES LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DOUBLE POWER TECHNOLOGY, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO 2:16-cv-879** |

## ORDER

Before the Court is Plaintiff Codec Technologies LLC and Defendant Double Power Technology, Inc.'s Joint Motion to Stay all Deadlines and Notice of Settlement. The Court, being well-advised, finds that the Motion should be GRANTED. It is therefore ORDERED that all unreached deadlines as between Codec Technologies LLC and Double Power Technology, Inc. (2:16-cv-879) be stayed until December 2, 2016, so that they may document the agreement and submit appropriate dismissal papers. If the parties do not file dismissal papers or a Joint Motion to Dismiss by December 2, 2016, then counsel for the parties should appear before the Court for a status conference on December 5, 2016 at 9:00 a.m.

**SIGNED this 3rd day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE