IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**CHENZHI CORPORATION d/b/a IVIEW,**<br><br>   Defendant. | **CIVIL ACTION NO 2:16-cv-882 (consolidated for Pre-Trial)**<br><br>**JURY TRIAL DEMANDED** |
| **CODEC TECHNOLOGIES LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**SKYTEX TECHNOLOGY INC.,**<br><br>   Defendant. | **CIVIL ACTION NO 2:16-cv-880**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Codec Technologies LLC ("Codec") voluntarily dismisses without prejudice the action against Defendant Skytex Technology, Inc. Codec affirmatively represents that the Defendant has not filed or served an answer, nor a motion for summary judgment.

Dated: December 16, 2016

  /s/ *Papool S. Chaudhari*
Papool S. Chaudhari
Texas State Bar No. 24076978
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

Attorney for Plaintiff
CODEC TECHNOLOGIES LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 16th day of December, 2016.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                                             */s/  Papool S. Chaudhari*