IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CODEC TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHENZHI CORPORATION d/b/a IVIEW,<br><br>    Defendant. | CIVIL ACTION NO 2:16-cv-882<br>(consolidated for Pre-Trial)<br><br>JURY TRIAL DEMANDED |
| CODEC TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UGOOS INDUSTRIAL CO LTD. D/B/A UGOOS USA<br><br>    Defendant. | CIVIL ACTION NO 2:16-cv-888<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Codec Technologies LLC ("Codec") voluntarily dismisses without prejudice the action against Defendant Ugoos Industrial Co Ltd. d/b/a Ugoos USA.  Codec affirmatively represents that the Defendant has not filed or served an answer, nor a motion for summary judgment.

Dated: December 16, 2016


 */s/ Papool S. Chaudhari*
Papool S. Chaudhari
Texas State Bar No. 24076978
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

Attorney for Plaintiff
CODEC TECHNOLOGIES LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 16th day of December, 2016.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                                                         */s/  Papool S. Chaudhari*