# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,**   Plaintiff,   v.   **CHENZHI CORPORATION d/b/a IVIEW,**   Defendant. | **CIVIL ACTION NO 2:16-cv-882**  **(consolidated for Pre-Trial)** |
| **CODEC TECHNOLOGIES LLC,**   Plaintiff,   v.   **DOUBLE POWER TECHNOLOGY, INC.,**   Defendant. | **CIVIL ACTION NO 2:16-cv-879** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss with Prejudice of all claims asserted between plaintiff, Codec Technologies LLC, and defendant, Double Power Technology, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Codec Technologies LLC, and defendant, Double Power Technology, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the

party that incurred them.  The clerk is directed to close the case.

    SO ORDERED.

    **SIGNED this 18th day of December, 2016.**

                                             ROY S. PAYNE  
                                             UNITED STATES MAGISTRATE JUDGE